IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Case No. 2:24-cv-03611-JMA-LGD

DAVID BIRENBAUM, individually and on
behalf of others similarly situated,

     Plaintiff,

v.

BRIDGESTONE RETAIL OPERATIONS,
LLC d/b/a FIRESTONE COMPLETE AUTO
CARE,

     Defendant.

---

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Dabid Birenbaum and

defendant Bridgestone Retail Operations, LLC d/b/a Firestone Complete Auto Care (each a "Party"

and collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby

jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading

entered or filed in this proceeding, with prejudice, and with each party to bear the cost of their own

attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential

settlement agreement that fully resolves this lawsuit.


     Respectfully submitted on February 25, 2026.


COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

FREEMAN MATHIS & GARY LLP
One Riverfront Plaza
Suite 1600
Newark, NJ 07102
Tel: (973) 536-1407
bnewell@fmglaw.com

*Attorneys for Plaintiff*

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.

*Attorneys for Defendant*

By: /s/ Bryce Wallace Newell
    Bryce Wallace Newell, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 25, 2026, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza

Daniel DeSouza, Esq.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228